IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TONY WILLIAMS,

    **Plaintiff,**

v.                                                  Case No. 1:23-cv-287-AW-MAF

JOLYNN HAGER, DOCTOR
PHYSICIAN, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Plaintiff failed to respond to a court order, the magistrate judge recommended dismissal. ECF No. 6. There was no objection to the report and recommendation, and it appears Plaintiff has abandoned this litigation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on February 12, 2024.

                                                        s/ *Allen Winsor*
                                                        United States District Judge